

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00478-CV

Aaron **HOYTE** and Isaiah Archibald,
Appellants

v.

**FKH SFR L, L.P.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025CV05128
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: September 24, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was due to be filed by September 2, 2025. Neither the brief nor a motion for extension of time has been filed.

On September 8, 2025, we ordered appellants to file, no later than September 18, 2025, their brief and a written response reasonably explaining: (1) their failure to timely file a brief, and (2) why appellee is not significantly injured by appellants' failure to timely file a brief. Our order cautioned appellants that if they failed to timely file a brief and the written response by September

18, 2025, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order). Appellants did not file a timely response to our September 8, 2025 order. We dismiss this appeal for want of prosecution.

PER CURIAM